**AEGIS LAW FIRM, PC**
KASHIF HAQUE, State Bar No. 218672
SAMUEL A. WONG, State Bar No. 217104
JESSICA L. CAMPBELL, State Bar No. 280626
ALEXANDER G.L. DAVIES, State Bar No. 328125
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile:  (949) 379-6251
Email: jcampbell@aegislawfirm.com
       adavies@aegislawfirm.com

Attorneys for Plaintiff Abdul Sheikh, individually, and on behalf of all others similarly situated.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ABDUL SHEIKH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SURGICAL CARE AFFILIATES, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:23-CV-00586<br><br>*Assigned for All Purposes to:*<br>*Judge Fred W. Slaughter*<br>*Dept. 10D*<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE CLASS CERTIFICATION FILING DEADLINE AND ALL RELATED DATES**<br><br>State Complaint Filed: April 13, 2022<br>Date of Removal: April 3, 2023<br>Trial Date: October 8, 2024 |

**TO ALL PARTIES HEREIN, AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** the Court set Plaintiff's deadline to file his Motion for Class Certification for September 21, 2023, and set the hearing date for Plaintiff's Motion for Class Certification is set for January 18, 2024 at 10:00 AM;

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiff and Defendant have agreed to settle the claims alleged in Plaintiff's Operative Complaint.

**PLEASE TAKE FURTHER NOTICE THAT**, on August 28, 2023, the Parties filed a Joint Stipulation and Request to Continue Hearing on Plaintiff's Motion for Class Certification and all Associate Deadlines. As of the date of this Notice of Settlement, the Court has yet to rule on the Parties' Joint Stipulation.

**PLEASE TAKE FURTHER NOTICE THAT** on August 29, 2023, the Parties executed a Memorandum of Understanding memorializing the terms of the Parties' agreement, and have begun drafting a more detailed Long Form Settlement Agreement. Once the Parties have completed the long-form settlement agreement, Plaintiff plans to seek approval of the proposed settlement.

Therefore, Plaintiff respectfully requests that the Court vacate the hearing on Plaintiff's Motion for Class Certification, and all associated dates and deadlines, so that the Parties' may focus their efforts on finalizing their Long Form Settlement Agreement and seeking approval from the Court.

Dated: September 7, 2023        **AEGIS LAW FIRM, PC**

By: _____
Alexander G.L. Davies
Attorneys for Plaintiff Abdul Sheikh