NOTE: CHANGES MADE BY COURT

# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ABDUL SHEIKH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SURGICAL CARE AFFILIATES, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00586-FWS-DFM<br><br>**ORDER RE JOINT STIPULATION TO REMAND [50]**<br><br>Judge: Hon. Fred W. Slaughter |

///
///
///

1

**ORDER**

Having reviewed and considered the Joint Stipulation to Remand, (Dkt. 50) ("Stipulation"), the files and records of the case, the applicable law, and good cause appearing, the court **GRANTS** the Stipulation[1] and **ORDERS** the following:

1. The above-captioned case is **REMANDED** to Superior Court of the State of California in and for the County of Orange, as Case Number 30-2022-01254790-CU-OE-CXC.

2. All pending and future dates and deadlines in the above-captioned case, 8:24-cv-01273-FWS-ADS, are **VACATED**.

3. Defendant's answer to Plaintiffs' First Amended Complaint shall be due **thirty (30) days** after notice of assignment of the case in Orange County Superior Court.

4. Each of the parties shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the above-captioned case, 8:24-cv-01273-FWS-ADS, pursuant to the Stipulation and this Order.

**IT IS SO ORDERED**.

Dated: July 8, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

---

[1] The Stipulation is incorporated into this Order by this reference.